UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA CLAIR,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>QUARRY APARTMENTS LLC<br>STONEMARK MANAGEMENT ,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-02835-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of the Magistrate Judge's June 29, 2023 Order, and Plaintiff having failed to comply with said Order, it is

**Ordered and Adjudged** that this action be **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 8th   day of September, 2023.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:    s/Ciarra Steede
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 8, 2023
Kevin P. Weimer
Clerk of Court

By:   s/Ciarra Steede
　　　　Deputy Clerk